Weinstein & Riley, P.S. 2001
Western Ave. #400 Seattle,
WA 98121 Telephone:
877-332-3543

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA (FORT LAUDERDALE)

| | |
|---|---|
| In re:<br>Gerald L Hoots<br>　　　　Debtor.<br><br>SSN # XXX-XX-5694 | Chapter 13<br>CASE NO. 14-19863<br><br>NOTICE OF WITHDRAWAL OF<br>PROOF OF CLAIM #7 |

TO: Attorney for the Debtor: Brian J Cohen Esq
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Cerastes, LLC, for account # **XXXXXXXXXXX8232**, in the amount of $7894.24 docketed by the court on **July 22, 2014**, claim number 7.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:　　February 13, 2015

　　　　　　　　　　　　　　　　　　　　　Weinstein & Riley, P.S.

　　　　　　　　　　　　　　　　　　　　　/s/ Thomas C. Cifelli
　　　　　　　　　　　　　　　　　　　　　Thomas Catlett Cifelli, Esq.
　　　　　　　　　　　　　　　　　　　　　Weinstein and Riley, P.S.
　　　　　　　　　　　　　　　　　　　　　260 West 36th Street, Suite 801
　　　　　　　　　　　　　　　　　　　　　New York, NY 10018
　　　　　　　　　　　　　　　　　　　　　Telephone: (212)-268-5540
　　　　　　　　　　　　　　　　　　　　　E-mail: ThomasC@w-legal.com
　　　　　　　　　　　　　　　　　　　　　Florida Bar Number: 0105809
　　　　　　　　　　　　　Representing:　Cerastes, LLC