

ORDERED in the Southern District of Florida on March 16, 2015.

Raymond B. Ray, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  14-19863-BKC-RBR
PROCEEDING UNDER CHAPTER 13

IN RE:

GERALD LEE HOOTS
XXX-XX-5694
FRANCES LYNNE HOOTS
XXX-XX-9416

DEBTORS_____/

### ORDER SUSTAINING OBJECTION TO CLAIM

**THIS CAUSE** came to be heard on March 12, 2015 on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Objection to Claim of Cerastes, LLC and based on the record, it is

**ORDERED:**

1. The Trustee's Objection is **SUSTAINED**.

2. Court Claim number 7, filed by Cerastes, LLC is stricken and disallowed.

###

ORDER SUSTAINING OBJECTION TO CLAIM
CASE NO.:  14-19863-BKC-RBR

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTORS**
GERALD LEE HOOTS
FRANCES LYNNE HOOTS
7030 NW 40 CT
CORAL SPRINGS, FL  33065

**ATTORNEY FOR DEBTORS**
BRIAN J. COHEN, ESQUIRE
THE COHEN LAW FIRM, P.A.
1700 UNIVERSITY DRIVE, SUITE 210
CORAL SPRINGS, FL  33071

**CREDITOR**
Cerastes, LLC
C/O Weinstein and Riley, PS
Po Box 3978
Seattle,  WA  98124

**ADDITIONAL CREDITORS**
Cerastes, LLC
C/O Weinstein and Riley PS
2001 Western Avenue
Suite 400
Seattle,  WA  98121

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.